UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERNEST SUNRHODES,

    Petitioner,                                              2:14-cv-01368-GMN-VCF

vs.

                                                                ORDER

ATTORNEY GENERAL, *et al.*,

    Respondents.

        In this habeas corpus action, the respondents filed a motion to dismiss on July 17, 2015 (ECF No. 22). The petitioner, Nevada prisoner Ernest Sunrhodes, is due to respond to the motion to dismiss by September 3, 2015. *See* Order entered May 21, 2015 (ECF No. 16).

        On July 30, 2015, Sunrhodes filed a motion for extension of time (ECF No. 23), requesting a 60-day extension of time, which would extend to November 3, 2015, the due date for the response to the motion to dismiss.

        The court finds that the extension requested by Sunrhodes is excessive. The court will grant a 45-day extension of time, extending to October 19, 2015, the due date for the response to the motion to dismiss.

        *Sunrhodes is cautioned that, given the amount of time he will have had to respond to the motion to dismiss, the court will not look favorably upon any motion to further extend this deadline.*

        **IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 23) is **GRANTED IN PART AND DENIED IN PART**. Petitioner shall have until and including **October 19, 2015**, to file and serve a response to respondents' motion to dismiss (ECF No. 22).

        **DATED** this 4th day of August, 2015.

                                                              Gloria M. Navarro, Chief Judge
                                                              United States District Court